| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WILLIAM H. BROWNSTEIN, SBN 84507<br>WILLIAM H. BROWNSTEIN & ASSOCIATES, Professional Corporation<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA  90025-1547<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor - Substitution pending | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>JAMES PASCUCCI,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-12229MB<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br>(with supporting declarations) |
| | DATE: 09/01/2016<br>TIME: 11:30 A.M.<br>COURTROOM: 303 |

**Movant:** JAMES PASCUCCI

1. NOTICE IS HEREBY GIVEN to CELENE MORTGAGE
   (Secured Creditor/Lessor),trustee (if  any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. ☐ a. This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1.  If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                        **F 4001-1.IMPOSE.STAY.MOTION**

attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

[x] b. This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: [ ] at the hearing [ ] at least _____ days before the hearing.

    (1) [x] An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

    (2) [ ] An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon appropriate creditor(s) and trustee, if any.

    (3) [ ] An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 08/26/2016

                                                                    William H. Brownstein & Associastes, P.C.
                                                                     Printed name of law firm (if applicable)

                                                                      William H. Brownstein
                                                                      Printed name of individual Movant or attorney for Movant

                                                                       */s/ William H. Brownstein/*
                                                                      Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** JAMES PASCUCCI

1. **The Property or Debt at Issue:**
   a. ☐ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☐ Vehicle (*describe year, manufacturer, type, and model*):
      Vehicle Identification Number:
      Location of vehicle (*if known*):

      ☐ Equipment (*describe manufacturer, type, and characteristics*):
      Serial number(s):

      Location (*if known*):

      ☐ Other Personal Property (*describe type, identifying information, and location*):

      ☒ Real Property
      Street Address: 5933 Annie Oakley Rd.            24812 Paseo Del Rancho
      Apt./Suite No.:
      City, State, Zip Code: Hidden Hills, CA 91302     Calabasas, CA 91302
      Legal description or document recording number (include county of recording):
      APN 2049 031 046                                  APN 4455 057 047
      ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Selene Finance

   to secure the sum of approximately $2,950,000    1,960,000    now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** as to *all creditors*.

   d. ☒ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*; and/or

   e. ☐ Movant moves for an order continuing the **automatic stay** as to *all creditors*.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed concerning the present case on (*specify date*): 08/01/2016

   b. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on (*specify date*):

   c. ☐ Plan was confirmed on (*specify date*):

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 4001-1.IMPOSE.STAY.MOTION**

d. Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: James Pascucci
   Case number: 9:16bk11027PC     Chapter: 13
   Date filed: 6/1/2016            Date dismissed: 7/5/2016
   Relief from stay re this Property    ☐ was   [X] was not granted
   Reason for dismissal: Request for voluntary dismissal

2. Case name:
   Case number:                    Chapter:
   Date filed:                     Date dismissed:
   Relief from stay re this Property    ☐ was   ☐ was not granted
   Reason for dismissal:

   ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. § 521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☐ The first date set for the meeting of creditors under 11 U.S.C. § 341(a) is/was _____ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C. § 521(a)(2). The extended date (*if applicable*) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§ 362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 1. Property description/value: 5933 Annie Oakley Rd.         $ 1,900,000.00
   2. Creditor/Lien amount: Selene Finance                      $ 2,950,000.00
   3. Creditor/Lien amount:                                     $
   4. Creditor/Lien amount:                                     $
   5. Creditor/Lien amount:                                     $
   6. Total Liens                                               $ 2,950,000.00
   7. Debtor's Homestead Exemption                              $
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $ (1,050,000.00)

b) 1. Property description/value: 24812 Paseo Del Rancho        $ 1,700,000.00
   2. Creditor/Lien amount: Selene Finance                      $ 1,960,000.00
   3. Creditor/Lien amount:                                     $
   4. Creditor/Lien amount:                                     $
   5. Creditor/Lien amount:                                     $
   6. Total Liens                                               $ 1,960,000.00
   7. Debtor's Homestead Exemption                              $
   8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $ (260,000.00)

   ☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Grounds for Continuing The Stay:**

   a. [X] Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. [X] The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. [ ] The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

      B. [X] Good faith is shown because
      
      Debtor thought that he would be able to work out his differences with secured creditor and therefore voluntarily dismissed Chapter 13 case. Later he filed this case, which was in this Division because he no longer lived in Malibu. He just retained new counsel and will be seeking to convert this case to a case under Chapter 11 and to proceed with a Plan of Reorganization after filing valuations motions on the real properties.

      [ ] See attached continuation page

   2. [X] The Property is of consequential value or benefit to the estate because:

      A. [ ] The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached (*describe separately as to each property*);

      B. [X] The Property is necessary to a reorganization for the following reasons:
      
      These are the major assets of the estate. The Debtor will be in a position to resolve the valuation of the Properties, proceed with a Chapter 11 plan of reorganization and with the rental income and his future income and contributions from his wife be able to pay the secured claims of the secured creditor and a portion of the under secured portion of the claim.

      [ ] See attached continuation page

      C. [X] The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):

      Propose adequate protection on 5933 Annie Oakley Rd. of $6,500.00 a month and on 24812 Paseo Del Rancho of $6,500.00 a month.

      [ ] See attached continuation page

   3. [ ] The presumption of a bad faith filing under 11 U.S.C. § 362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. [ ] The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§ 362(i);
      B. [ ] Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
      C. [ ] Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because:

      [ ] See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 5                    **F 4001-1.IMPOSE.STAY.MOTION**

Main Document    Page 6 of 18

    D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

    E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

_____
_____
_____

☐ See attached continuation page

    F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

_____
_____

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

    G. ☐ For the following additional reasons:

_____
_____
_____

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§ 362(c)(3)(C)(ii) is overcome in this case because

_____
_____
_____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☐ Pursuant to 11 U.S.C. § 362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 6                    **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

   ☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (*describe Movant's proposal for adequate protection*):

   ☐ See attached continuation page

b. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

   1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C. § 707(b);

   2. ☒ Good faith is shown because:
      The dismissal was a voluntary dismissal, the Debtor refiled in order to cure deficiencies in prior filing and his present case provides for adequate protection and he will, through new counsel, seek to proceed with the confirmation of a Chapter 11 plan.

      ☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§ 362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

   1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

      ☐ See attached continuation page

   2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

   3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because:

      ☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 7                          **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because:

   ☐ See attached continuation page

5. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:
   Debtor and his wife are real estate brokers. They currently have significant commissions as well as tenants for both of their real properties. From those rentals and the income from the operation of their business they will be able to proceed with a feasible plan. They need to obtain valuations of their real properties.
   (from which the court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

   ☐ See attached continuation page

6. ☒ For the following additional reasons:

   The Debtor will make adequate protection payments pending plan confirmation at the amounts proposed herein or such other amounts as Ordered by the Court. There is a Trustee sale set for the properties, the first 9/2/2016 and the second 9/8/2016. Unless the Court continues the Stay it will automatically expire and the Debtor will likely lose his properties and any chance of reorganization. He is in the process of substituting in counsel and converting his case to a case under Chapter 11.

   ☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because

   ☐ See attached continuation page(s)

6. **Evidence in Support of Motion: (*Important Note: Declaration(s) in support of the Motion MUST be attached hereto.*)**

   a. ☒ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☒ Other Declaration(s) are also attached in support of this Motion.
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____
   d. ☐ Other evidence (*specify*):

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion**.

**WHEREFORE, Movant prays that this court issue an Order Imposing a Stay and granting the following (*specify forms of relief requested*):**

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 8                                **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (*specify proposed adequate protection*)

8. ☐ For other relief requested, see attached continuation page.

Date: 08/26/2016

Respectfully submitted,

James Pascucci
Movant name

William H. Brownstein & Associates, Professional Corporation
Firm name of attorney for Movant (if applicable)

*[signature]*
Signature

William H. Brownstein
Printed name of individual Movant or Attorney for Movant

# DECLARATION OF MOVANT

I, James Pascucci, am the Debtor and the of Movant. I have read the foregoing motion consisting of 8 pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/26/2016 | James Pascucci | *[signature]* |
|---|---|---|
| *Date* | *Printed name of declarant* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF WILLIAM H. BROWNSTEIN

I, William H. Brownstein, do hereby declare and state as follows:

1. I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a Certified Specialist in Bankruptcy Law by the State Bar of California. I am the president of and shareholder of William H. Brownstein & Associates, Professional Corporation (the "Firm"), who, pursuant to agreement reached August 25, 2016, are in the process of being substituted in as counsel for the Debtor.

2. I met with the Debtor, James Pascucci (the "Debtor") and his wife on Thursday, August 25, 2016 to review his case and go over strategies. In doing so I discovered that he was in a prior bankruptcy case within the past year that was dismissed, which, based on the provisions of Section 362 of the Bankruptcy Court would only give him the benefit of the automatic stay for a limited time.

3. I downloaded the entire file and discovered that his attorney never filed a motion to continue the stay.

4. I was informed that a trustee sale was scheduled for one of the Debtors investment properties for September 2, 2016 and for another on September 8, 2016, although as of yet I have not seen the Notice of Trustee Sale nor have I received information regarding the Trustee Sale Number or how to contact the Trustee to verify the matters.

5. I have executed a substitution of attorney along with the Debtor. We are waiting for present attorney of record, Lee M. Linson to get back with his signature on the substitution of attorney.

6. The Debtor has agreed to make adequate protection payments as the properties are being leased and from the lease income he will be able to make payments, keep taxes and insurance current and maintain the properties.

7. The Debtor is also in the process of working with me to convert this case to a case under Chapter 11 of the Bankruptcy Code as my preliminary review leads me to the conclusion that the Debtor exceeds the limits for qualifying as a Debtor in a Chapter 13 case.

8. I have sent the Motion, the Declarations and the other supporting documents to the parties shown on the attached counsel for secured creditors in addition to them being served through Pacer..

9. I set the hearing on the Court's self calendaring date for September 1, 2016 at 11:30 a.m.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief under the penalty of perjury and if called upon to testify thereon as a witness I would be competent to so testify.
Executed this 26th day of August 2016 in Los Angeles, California.

_William H. Brownstein_
William H. Brownstein

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Boulevard<br>Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>*Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>  JAMES PASCUCCI,<br><br><br>                                                        Debtor(s). | CASE NO.: 1:16-bk-12229MB<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 13 |
|---|---|
| <br><br>                                                        Plaintiff(s),<br>vs.<br><br><br><br><br>                                                        Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   James Pascucci

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   William H. Brownstein & Associates, Professional Corporation
   11755 Wilshire Boulevard, Suite 1250
   Los Angeles, CA  90025-1540

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                                           Page ï1                                            **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Lee M. Linson

Date: 08/26/2016

*[signature: James S. Pascucci]*

Signature of party

JAMES PASCUCCI
Printed name of party

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: _____

Signature of present attorney

LEE M. LINSON
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: 08/26/2016

*[signature: William H. Brownstein]*

Signature of new attorney

William H. Brownstgein
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                             Page ï2                                        **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA 90025-1540

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/26/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Names and addresses per ECF

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/26/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/26/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Courtesy Box for the Honorable Martin Barash, Bankruptcy Judge, 12041 Burbank Boulevard, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/26/2016 | William H. Brownstein | *William H. Brownstein* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*      Page i3      **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA 90025-1640

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/26/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
See ECF Noticing Attached.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/26/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/26/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Marting Barash, Bankruptcy Judge, 21041 Burbank Boulevard, Courtesy Box, Woodland Hills, CA
Via Telecopier in addition to ECF Noticing: Kristin A Zilberstein, Mc Carty & Holthus LLP, 1770 Fourth Avenue, San Diego, CA 92101 Via Fax 619-686-4811
Via Telecopier in addition to ECF Noticing: Gilbert R Yabes, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 1793, San Diego, CA 92177-0933. FAX: (619) 590-1385

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/26/2016 | William H. Brownstein | *William H Brownstein* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

8/26/2016 Case 1:16-bk-12229-MB Doc 12 CM/ECF - U.S. Bankruptcy Court (v6.1-LIVE) 08/26/16 17:39:20 Desc
Main Document Page 15 of 18

1:16-bk-12229-MB James Pascucci
Case type: bk Chapter: 13 Asset: Yes Vol: v Judge: Martin R. Barash
Date filed: 08/01/2016 Date of last filing: 08/19/2016

# Parties

**Courtesy NEF**
*Added: 08/10/2016*
*(Interested Party)*

represented by

**Gilbert R Yabes**
Aldridge Pite, LLP
4375 Jutland Dr Ste 200
PO Box 1793
San Diego, CA 92177-0933
858-750-7600
619-590-1385 (fax)
ecfcacb@aldridgepite.com
*Assigned: 08/10/16*

**JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank**
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
*Added: 08/19/2016*
*(Creditor)*

represented by

**Kristin A Zilberstein**
McCarthy & Holthus LLP
1770 Fourth Ave
San Diego, CA 92101
619-686-4800
619-686-4811 (fax)
bknotice@mccarthyholthus.com
*Assigned: 08/19/16*

**James Pascucci**
5933 Annie Oakley Road
Hidden Hills, CA 91302
SSN / ITIN: xxx-xx-0703
*Added: 08/01/2016*
*(Debtor)*

represented by

**Lee M Linson**
Law Offices of Lee Linson
11901 Santa Monica Blvd Ste 449
Los Angeles, CA 90025
310-591-4004
linsonlawyer@gmail.com
*Assigned: 08/01/16*

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Center
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
818-933-5700
cacb_ecf_sv@ch13wla.com
*Added: 08/01/2016*
*(Trustee)*

**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 91007
(213) 894-6811
ustpregion16.wh.ecf@usdoj.gov
*Added: 08/01/2016*
*(U.S. Trustee)*

**PACER Service Center**

| Transaction Receipt |||| 
|---|---|---|---|
| 08/26/2016 16:30:38 ||||
| **PACER Login:** | wbrowns476:2659908:0 | **Client Code:** | James Pascucci |
| **Description:** | Party List | **Search Criteria:** | 1:16-bk-12229-MB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Page 16

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 26, 2016 4:10:55 PM GMT | 08J0 POTS modem | 528 | 14 | Sent |

Case 1:16-bk-12229-MB    Doc 12    Filed 08/26/16    Entered 08/26/16 17:39:20    Desc
Main Document    Page 17 of 18

**FROM**

**TO**

Name:   William Brownstein

Gilbert R. Yabes, Esq.

Phone:                          Fax:   3103623212

619-590-1385

E-mail:   WBrowns476@fax.onesuite.com

Aldridge Pipe, LLP

Sent:   2016-08-26        at:   16:01:57        GMT- 08:00                14   page(s) (including cover)

Subject:   James Pascucci Motion to Continue Stay, Case Mp/ 1:16-bk-12229MB

Comments:

Attached is the Motion to Continue Stay in the above-referenced case. The hearing is set for 9/1/2016 at 11:30 a.m. before Judge Martin Barash.

** SENDING NOTIFICATION : FAX SENDING FAILURE **

| TIME SUBMITTED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 26, 2016 4:02:02 PM GMT-08:00 | | 0 | 14 | Failed |

ERROR CODE ( 300 )
Cannot reach destination.

Case 1:16-bk-12229-MB    Doc 12    Filed 08/26/16    Entered 08/26/16 17:39:20    Desc
Main Document    Page 18 of 18

**FROM**

Name: William Brownstein

Phone:   Fax: 3103623212

E-mail: WBrowns476@fax.onesuite.com

**TO**

Kristin A Zilberstein

619-686-4811

McCarthy & Holthus LLP

Sent: 2016-08-26   at: 16:02:06   GMT- 08:00   14 page(s) (including cover)

Subject: James Pascucci Motion to Continue Stay, Case Mp/ 1:16-bk-12229MB

Comments:

Attached is the Motion to Continue Stay in the above-referenced case. The hearing is set for 9/1/2016 at 11:30 a.m. before Judge Martin Barash.