William H. Brownstein, SBN 84507
William H. Brownstein & Associates
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| In re:<br><br>JAMES PASCUCCI,<br><br>Debtor and<br>Debtor in Possession. | Case No. 1:16-bk-12229MB<br><br>Chapter 13<br><br>**NOTICE OF MOTION AND MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11, POINTS AND AUTHORITIES, DECLARATION(S) IN SUPPORT THEREOF** [LBR 9013-1(o)]<br><br>DATE: No Hearing Required Unless Requested<br>TIME: No Hearing Required Unless Requested<br>LOCATION: Courtroom "303"<br>21041 Burbank Boulevard<br>Third Floor<br>Woodland Hills, CA 91367 |
|---|---|

**TO THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE CHAPTER 13 TRUSTEE AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that James Pascucci, the above-captioned Debtor and Debtor in Possession has filed his Notice of Motion and Motion to Convert Chapter 13 Case to a Case under Chapter 11, Points and Authorities, Declaration(s) in Support Thereof (the "Motion"), and in support of the Motion he makes the following representations, allegations and assertions:

- 1 -

1. The Debtor is the Debtor in a Chapter 13 case having filed a voluntary petition under Chapter 13 of the Bankruptcy Code on August 1, 2016.

2. Elizabeth F. Rojas is the duly appointed and acting Chapter 13 Trustee in this case.

3. The Debtor was initially represented by Lee M. Linson, Esq., who was his counsel in this case and a prior bankruptcy case, Case No. 9:16-bk-11027PC, which was filed on June 1, 2016 and dismissed on July 5, 2016.

4. The Debtor recently substituted in William H. Brownstein & Associates, Professional Corporation (the "Firm") as his counsel in this case.

5. Upon investigation of this case it was determined by the Firm that the Debtor did not qualify to be a debtor in a Chapter 13 of the Bankruptcy Code because his liabilities exceeded the maximum allowable liabilities under the provisions of 11 U.S.C. 109(e), as such the Debtor is seeking the conversion of this case from a case under Chapter 13 to a case under Chapter 11.

6. 11 U.S.C. § 1307(d) provides:

(d) Except as provided in subsection (f)[1] of this section, at any time before the confirmation of a plan under section 1325 of this title, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 11 or 12 of this title.

7. The procedure for the conversion of a case to a Chapter 11 case is found under LBR 3015-1(q)(2)(C), which provides:

(C) <u>Debtor Seeks Conversion of Chapter 13 to Chapter 11</u>. A motion by the debtor to convert a chapter 13 case to a case under chapter 11 must be filed, served and set for hearing in accordance with LBR 9013-1(d). Notice must be provided to the chapter 13 trustee and all creditors.

8. The Debtor is filing this Motion and requests an Order without a hearing in

---

[1](f) The court may not convert a case under this chapter to a case under chapter 7, 11, or 12 of this title if the debtor is a farmer, unless the debtor requests such conversion.

1 accordance with LBR 9013-1(o) which gives creditors and other parties in interest an
2 opportunity to object and request a hearing, and should they fail to timely do so the Court
3 may enter an order without a hearing on this Motion.

4     9. The Bankruptcy Court previously found that this case was filed in good faith and
5 it extended the stay as to all parties.

6     10. It is therefore submitted that based on the fact that the Debtor does not qualify
7 as a Debtor in a Chapter 13 case, the fact that he wishes to proceed with his Chapter 11
8 case, that an order converting this case to a case under Chapter 11 of the Bankruptcy Court
9 is warranted and appropriate.

10     11. This Motion is based on the foregoing, the attached Declaration of James
11 Pascucci, on the documents on file in this case and upon such evidence, both oral and
12 documentary as may be presented in the event that a hearing on this Motion takes place.

13     12. DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND
14 REQUEST FOR A HEARING: Pursuant to LBR 9013-1(o), any party who opposes the Motion
15 may request a hearing on the Motion. The deadline to file and serve a written opposition and
16 request for a hearing is 14 days after the date of service of this notice, plus 3 additional days
17 if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F)
18 (pursuant to FRBP 9006(f)).

19     a. If you timely file and serve a written opposition and request for a hearing, movant
20 will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-
21 1(o)(4)];

22     b. If you fail to comply with this deadline:
23     (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2)
24         the response period elapsed, and (3) no party filed and served a written
25         opposition and request for a hearing within 14 days after the date of service of
26         the notice [LBR 9013-1(o)(3)];
27     (2) Movant will lodge an order that the court may use to grant the Motion; and
28     (3) The court may treat your failure as a waiver of your right to oppose the Motion

**NOTICE OF MOTION AND MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11, POINTS AND AUTHORITIES, DECLARATION(S) IN SUPPORT THEREOF** [LBR 9013-1(o)]

- 3 -

1     and may grant the Motion without further hearing and notice . [LBR 9013-1(h)]

2     WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order converting this case to a case under Chapter 11 of the Bankruptcy Code and that it grants such other and further relief as it deems just and proper.

DATED: September 9, 2016    Respectfully submitted,

William H. Brownstein & Associates,
   Professional Corporation

By: _____
William H. Brownstein, Attorneys for
James Pascucci, Debtor and Debtor in
Possession, Applicant

**NOTICE OF MOTION AND MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11, POINTS AND AUTHORITIES, DECLARATION(S) IN SUPPORT THEREOF** [LBR 9013-1(o)]

- 4 -

## DECLARATION OF JAMES PASCUCCI

I, James Pascucci, do hereby declare and state as follows:

1. I am the Debtor in the above-referenced case and I make the following declaration based on my own personal knowledge, information and belief.

2. I am the Debtor in a Chapter 13 case having filed a voluntary petition under Chapter 13 of the Bankruptcy Code on August 1, 2016.

3. Elizabeth F. Rojas is the duly appointed and acting Chapter 13 Trustee in this case.

4. I was initially represented by Lee M. Linson, Esq., who was my counsel in this case and a prior bankruptcy case, Case No. 9:16-bk-11027PC, which was filed on June 1, 2016 and dismissed on July 5, 2016.

5. The recently substituted in William H. Brownstein & Associates, Professional Corporation (the "Firm") as my counsel in this case.

6. At the time of the filing of my case I was unaware that I did not qualify as a Debtor in a Chapter 13 case. Had I known so I would have filed a Chapter 11 petition rather than a Chapter 13 petition.

7. I am requesting that the Bankruptcy Court enter an order converting my case to one under Chapter 11 of the Bankruptcy Code, and once granted with the guidance of the Firm I will work to reorganize my financial affairs including obtaining valuation hearings as to real properties which I own.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief under the laws of the United States of America under the penalty of perjury and if called upon to testify thereon as a witness I would be competent to so testify.

Executed this 9th day of September 2016.

_/s/ James A. Pascucci_
James A. Pascucci

**NOTICE OF MOTION AND MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7, POINTS AND AUTHORITIES, DECLARATION(S) IN SUPPORT THEREOF** [LBR 9013-1(o)]

- 5 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11, POINTS AND AUTHORITIES, DECLARATION(S) IN SUPPORT THEREOF** [LBR 9013-1(o)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/14/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Lee M Linson on behalf of Debtor James Pascucci linsonlawyer@gmail.com, mcmklaw@gmail.com
Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Gilbert R Yabes on behalf of Interested Party Courtesy NEFecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
Kristin A Zilberstein on behalf of Creditor JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bankbknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/14/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/14/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Martin R. Barash, 21041 Burbank Boulevard, Courtesy Box, Woodland Hills, CA  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/14/2016 | William H. Brownstein | *(signed)* William H. Brownstein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001
Franchise Tax Board Bankruptcy Section MS: A-340 P.O. Box 2952, Sacramento, CA 95812-2952
JPMorgan Chase Bank, N.A., successor in inte  c/o McCarthy & Holthus, LLP,  1770 Fourth Avenue,  San Diego, CA 92101-2607
Los Angeles City Clerk P.O. Box 53200, Los Angeles, CA 90053-0200
Bank of America,  333 S. Hope Ste. 100,  Los Angeles, CA 90071-1494
Selene Finance, P.O. Box 422039 Houston, TX 77242-4239
Richard J Segal, PO Box 11884, Marina Del Rey, CA 90295-2884

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**