1
2
3
4
5
6

William H. Brownstein, SBN 84507
William H. Brownstein & Associates,
Professional Corporation
11755 Wilshire Boulevard
Suite 1250
Los Angeles, CA 90025-1540
(310) 458-0048
FAX: (310) 362-3212
Email: Brownsteinlaw.bill@gmail.com
Attorneys for James Pascucci, Debtor

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11

| | |
|---|---|
| In re: | 1:16-bk-12229MB |
| JAMES PASCUCCI, | Chapter 13 |
| Debtor and Debtor in Possession. | DECLARATION OF WILLIAM H. BROWNSTEIN IN SUPPORT TO OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY & EXHIBIT(S) |
| | DATE: September 15, 2016 TIME: 3:00 p.m. LOCATION: Courtroom 303 21041 Burbank Boulevard Third Floor Woodland Hills, CA 91367 |

20      TO THE HONORABLE MARTIN R. BARASH, BANKRUPTCY JUDGE, THE

21  MOVING PARTY, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF

22  CALIFORNIA AND THE OTHER PARTIES IN INTEREST:

23

24      Incorporated herein is the Declaration of William H. Brownstein & Exhibit(s) which

25  are filed with reference to the pending Motion for Relief from the Automatic Stay which was

26  filed by Richard J. Segal, and which is scheduled to be heard on September 15, 2016 at

27  3:00 p.m., or as soon thereafter as the Honorable Martin R. Barash, Bankruptcy Judge, will

28  hear the matter in his courtroom which is located at Courtroom 303, 21041 Burbank

                                    1

1  Boulevard, Third Floor, Woodland Hills, CA 91367

2          DATED: September 14, 2016              Respectfully submitted,

3                                                William H. Brownstein & Associates,
                                                    Professional Corporation
4

5                                                By: _William H. Brownstein_
                                                 William H. Brownstein, Attorneys
6                                                for Debtor and Debtor in Possession

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF WILLIAM H. BROWNSTEIN IN SUPPORT TO OPPOSITION TO
MOTION FOR RELIEF FROM THE AUTOMATIC STAY & EXHIBIT(S)
2

## DECLARATION OF WILLIAM H. BROWNSTEIN

I, William H. Brownstein, do hereby declare and state as follows:

1.      I am an attorney at law duly admitted to practice before all courts of the State of California and before this Court. I am a Certified Specialist in Bankruptcy Law by the State Bar of California. I am the president of and shareholder of William H. Brownstein & Associates, Professional Corporation (the "Firm"), who, pursuant to agreement substituted of attorney filed in this case is counsel for the Debtor.

2.      On September 13, 2016 at 10:57 a.m., PDT, I caused the Response in Opposition to the Motion for Relief from the Automatic Stay (the "Response") to be filed with the Bankruptcy Court and served on Richard J. Segal, Moving Party ("Movant") via telecopier. A true and correct copy of the confirmation of delivery is incorporated herein by this reference as Exhibit "1".

3.      On September 14, 2016 I received a series of Emails which make it clear to me that Movant's state court counsel, Craig R. Smith, knew nothing about the relief from stay motion filed by Mr. Segal and that he would be willing to stipulate to continue the trial set for September 19, 2016. Incorporates herein is group Exhibit "2" is the series of Emails reflecting same.

4.      While the Debtor consents to a modification of the automatic stay for the limited purpose of enabling him to attend the mandatory settlement conference set for October 6, 2016, in my opinion, it is disingenuous for Mr. Segal to bring a motion affecting the state court case in which he and his wife are represented without even conferring with their counsel.

5.      I note that today I caused the Notice of Motion and Motion to Convert Chapter 13 case to a case under Chapter 11 to be filed and served in the Bankruptcy Case. The deadline for written objections and requests for hearing in October 1, 2016. If no objection or request for hearing is timely made I will file the appropriate declaration and proposed order and once this case is converted to Chapter 11, along with the Debtor, I intend to assist him in complying with the requirements for a Debtor in Possession in a Chapter 11

DECLARATION OF WILLIAM H. BROWNSTEIN IN SUPPORT TO OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY & EXHIBIT(S)

1 | case.

2 |       I declare under the penalty of perjury under the laws of the United States of America

3 | and if called upon to testify thereon as I witness I would be competent to so testify.

4 |       Executed this 14th day of September, 2016, at Calabasas, California.

5 |

6 |                                                    _William H. Brownstein_

7 |                                         William H. Brownstein

DECLARATION OF WILLIAM H. BROWNSTEIN IN SUPPORT TO OPPOSITION TO
MOTION FOR RELIEF FROM THE AUTOMATIC STAY & EXHIBIT(S)

4

** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

TIME SENT
September 13, 2016 10:16:55 AM

Case 1:16-bk-12229-MB   Doc 34   Filed 09/14/16   Entered 09/14/16 12:42:20   Desc
Main Document   Page 5 of 22

REMOTE CSID
3104963149

DURATION
473

PAGES
12

STATUS
Sent

**FROM**

**TO**

Name:  William Brownstein

RMB, Inc.Segal

Phone:                    Fax:  3103623212

3104963149

E-mail:  WBrowns476@fax.onesuite.com

Sent:   2016-09-13       at:   10:09:01       GMT- 08:00          12   page(s) (including cover)

Subject:  Segal v. Pascucci Response to Motion for Relief from Stay, Case No. 1:16-bk-12229MB

Comments:

Attached is a conformed copy of the response to the motion for
relief from stay filed on behalf of my client, James Pascucci.

William H. Brownstein, Esq.

## File an answer to a motion:

1:16-bk-12229-MB James Pascucci

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MB | Case Flag: RepeatPACER, Repeat-cacb |

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from William H Brownstein entered on 9/13/2016 at 10:57 AM PDT and filed on 9/13/2016

**Case Name:**      James Pascucci

**Case Number:**      1:16-bk-12229-MB

**Document Number:** 32

**Docket Text:**

Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): [25] Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Richard J. Segal et al vs. James Arthur Pascucci, et al. Fee Amount $176, filed by Creditor Richard J Segal) Filed by Debtor James Pascucci (Brownstein, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 09152016 F4001-1M-RES.155pmpdf.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=9/13/2016] [FileNumber=84973508-0] [8424559983d4563c99bec99abe19c72f05cdcd9fde3731fcc850c3308debae1316 84c60a2ceb699250ce2c71bcd9e59b17cb864d8b1059f69ac596c78bb299a6]]

### 1:16-bk-12229-MB Notice will be electronically mailed to:

William H Brownstein on behalf of Debtor James Pascucci
Brownsteinlaw.bill@gmail.com

Nichole Glowin on behalf of Creditor Wilmington Savings Fund Society, FSB, Doing Business as Christiana Trust, Not in its Individual Capacity, but solely as Trustee for BCAT 2015-14BTT, by and through its servicer, Selene Finance
nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net

Elizabeth (SV) F Rojas (TR)
cacb_ecf_sv@ch13wla.com

EXHIBIT "1"

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Gilbert R Yabes on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

Kristin A Zilberstein on behalf of Creditor JPMorgan Chase Bank, N.A., successor in interest by purchase from
the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank
bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

**1:16-bk-12229-MB Notice will not be electronically mailed to:**

Richard J Segal
PO Box 11884
Marina Del Rey, CA 90295

EXHIBIT "1"
7

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, P.C.<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA  90025-1540<br>(310) 458-0048 FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: JAMES PASCUCCI, | CHAPTER: 13 |
|---|---|
| | CASE NO.: 1:16bk-12229MB |
| Debtor(s). | DATE:   9/15/16<br>TIME:   3:00 p.m.<br>CTRM:   303<br>FLOOR: Third |

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
### (MOVANT:  RICHARD J. SEGAL                    )
### (RESPONDENT: ☒ Debtor  ☐ Trustee  ☐ Other: _____ )

> ***GENERAL NOTE:*** *A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   > ***NOTE:*** *If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay.  Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date):*

   The reason for this request is *(specify):*

*(Continued on next page)*

This form is OPTIONAL.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

# F 4001-1M.RES

EXHIBIT "1"
8

**F 4001-1M.RES**

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| JAMES PASCUCCI | | |
| | Debtor(s). | CASE NO.:  1:16bk-12229MB |

3.  ☒  **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

    a.  Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

        ☐  The value of the Property is \$_____, based upon (*specify*):

        ☐  Total amount of debt (loans) on the Property is \$_____.

        ☐  More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

        ☐  The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

        ☐  The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

        ☐  The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

        ☒  Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

        ☐  Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

        ☐  Service of the Motion:    ☐  Not all parties were served        ☐  Insufficient notice of the hearing

        ☐  Incorrect address used for (*specify*) _____

        ☒  Other (*specify*): Motion is premature. No emergency is shown to exist. Misrepresents the status of the State Court Action.

    b.  Respondent asserts:

        ☐  Case has been converted from Chapter _____ to Chapter _____.

        ☐  All postpetition arrears will be cured by the hearing date.

        ☐  The Debtor has equity in the Property in the amount of \$_____.

        ☐  Movant has an equity cushion of \$_____ which is sufficient to provide adequate protection.

        ☐  The Property is necessary for an effective reorganization because (*specify reasons why*):

        ☒  The Motion should be denied because (*specify*):

        The Motion seeks immediate relief from stay to proceed with a purported State Court trial. There is a mandatory settlement conference set for October 6, 2016 at which time the Debtor agrees to attend and to appear for the purpose of seeking to resolve this case. If not resolved, however, a trial will be required in which case the Debtor will have to retain State Court counsel. He will need to prepare for trial, including to deal with the pre-trial motions and documents.

*(Continued on next page)*

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RES**

EXHIBIT "1"
9

| In re  JAMES PASCUCCI | (SHORT TITLE) | CHAPTER: 13 |
| --- | --- | --- |
| | Debtor(s). | CASE NO.: 1:16bk-12229MB |

4.  **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> *NOTE RE SUPPORTING PAPERS: Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> *NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS: Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.*

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

[X] Declaration by Debtor          [ ] Declaration by Debtor's Attorney

[ ] Declaration by Trustee         [ ] Declaration by Trustee's Attorney

[ ] Declaration by Appraiser       [ ] Memorandum of Points and Authorities *(optional)*

[X] Other *(specify)*: Declaration of Debtor's State Court attorney.

Dated: 9/13/16

Respectfully submitted,

James Pascucci
*Respondent's Name*

William H. Brownstein & Associates, P.C.
*Law Firm Name (if applicable)*

By: _William H. Brownstein_
*Signature*

Name: _William H. Brownstein_
*Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                    **F 4001-1M.RES**

EXHIBIT "1"
10

## DECLARATION OF JEFFREY E. LIEBER

I, JEFFREY E. LIEBER, declare as follows:

1.    I am an attorney at law duly admitted to practice before all courts of the State of California. I have been practicing law in the courts of the State of California for almost 40 years (December, 1976), and if called upon to testify, could and would testify to the facts hereinbelow stated because they are within my own personal knowledge.

2.    I have represented the debtor, James Pascucci, for a substantial period of time in the state court action referenced in the subject motion.  For a period of time, I was not representing Mr. Pascucci in that action for various reasons, however I recently substituted in to handle a Mandatory Settlement Conference in that case.

3.    The Mandatory Settlement Conference is set for October 6, 2016, at 1:30 p.m. in Department 18 of the Los Angeles Superior Court.

4.    In the Relief from Stay Motion (the "RFS Motion") Mr. Segal refers to a Trial date of September 19, 2016, and in fact there is also a Final Status Conference set on that same date.  Despite the foregoing, to my knowledge, Mr. Segal has not filed any of the Trial documents that would have already been required to be filed, including, but not limited to, an Exhibit List, Witness List, Statement of the Case, proposed Jury Instructions, proposed Jury Verdict, and other typical documents that first require a meet and confer between counsel, and then the filing of documents.

5.    Furthermore, Mr. Segal's attorney in the state case, Craig Smith, was the party who filed the Notice of Stay due to Mr. Pascucci's bankruptcy, and he was the person who advised me that he expected the Superior Court to vacate the September 19, 2016 Trial date.  That, of course, is contrary to Mr. Segal's statement to the Bankruptcy Court that implies that the state court action will proceed to Trial on September 19th.  That purported trial date is also inconsistent with the fact that a Mandatory Settlement Conference is set next month, which would be after the Trial date and which based on my experience as a trial attorney always takes place before a trial.

EXHIBIT "1"
11

6.      As Mr. Segal is represented in the state case, I find the total lack of any evidence from his state court counsel regarding the trial date, the urgency of bringing he RFS Motion or the status of that case to show the frivolity of Mr. Segal;s representations regarding the urgency of having a hearing in the RFS Motion.

7.      In addition, Mr. Segal created a substantial period of delay in the case due to the bankruptcy in which he was the Debtor filed in the United States Bankruptcy Court for the Central District of California, Riverside Division, and which was pending against him for a substantial period of time.

8.      In any event, since the likelihood of a Trial proceeding on September 19th in the Los Angeles Superior Court is extremely remote, in my opinion, contrary to the contentions raised in the relief from stay motion there is no urgency for relief of stay, except as it pertains to allowing the Superior Court to conduct a Mandatory Settlement Conference which the Debtor and I are prepared to attend should relief from stay be granted for the limited purpose of proceeding with that matter.

9.      Insofar as the merits of the case, Mr. Segal is pursuing a claim as an alleged seller of real property, even though he did not hold title to the property.  He is claiming damages based upon an event that took place years after the sale, which in my opinion is not relevant and not admissible in the Superior Court.  Furthermore, In my opinion, even if he had a claim, there are no provable damages after considering the proceeds received by Mr. Segal from suing a broker in the transaction, combined with the two appraisals done by the legal seller, Mr. Dorfman and Mr. Pascucci's lender which only confirmed the final sales price between a willing seller/willing buyer.

10.     It should also be pointed out that Mr. Dorfman, the seller, represented himself, and Mr. Pascucci, the buyer, represented himself, and there was no agency involved.

11.     Furthermore, Mr. Pascucci never had any contractual dealings with Mr. Segal, so the question of standing is a mystery to me and I cannot understand how this matter can even go forward.

EXHIBIT "1"
12

1    I declare under the penalty of perjury under the laws of the State of California that

2    the foregoing is true and correct.

3    Executed this 13th day of September, 2016, at Woodland Hills, California.

4

5    _____

6    Jeffrey E. Lieber, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "1"
13

1

## DECLARATION OF JAMES A. PASCUCCI

2    I, JAMES A. PASCUCCI, do hereby declare and state as follows:

3    1.    I am the Debtor in the above-captioned case and I make the following

4    declaration based on my personal knowledge.

5    2.    I have reviewed the pending Motion for Relief from the Automatic Stay which

6    was filed by Richard Segal.

7    3.    Contrary to that motion the filing of my bankruptcy case had nothing to do

8    with the pending state court case, and in fact I believe that case to be another in many

9    frivolous cases pursued by Mr. Segal in attempts to steal money from innocent parties.

10    4.    In point in fact, the filing of my bankruptcy case was done in order for me to

11    attempt to reorganize my financial affairs and to avoid the loss of my two investment

12    properties which were set for trustee sales, and had nothing to do with Mr. Segal's case.

13    5.    I do not oppose the granting of relief from stay for the limited purpose of

14    allowing us to proceed with Mandatory Settlement Conference set for October 6, 2016, at

15    1:30 p.m. in Department 18 of the Los Angeles Superior Court.

16    6.    I have retained Jeffrey Lieber, Esq., for purposes of representing me only at

17    the Mandatory Settlement Conference. However, if the case does not settle, I believe that I

18    may need to retain counsel for the purpose of assisting me in a trial and as I am on the

19    verge of converting my case from a case under Chapter 13 to one under Chapter 11, I

20    would request that relief from stay to proceed to trial be effective no sooner than November

21    15, 2016.

22    I declare under the penalty of perjury under the laws of the State of California that

23    the foregoing is true and correct.

24    Executed this 13th day of September, 2016, at Calabasas, California.

25

26

27    James A. Pascucci

28

EXHIBIT "1"

14

Response to Motion for Relief from Stay   15 of 9   **F 4001-1M.RES**

| In re JAMES PASCUCCI | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 1:16bk-12229MB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1547

A true and correct copy of the foregoing document described as <u>Response to Motion for Relief from Stay</u>
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On <u>9/13/16</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Lee M Linson on behalf of Debtor James Pascucci linsonlawyer@gmail.com, mcmklaw@gmail.com
Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>9/13/16</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>9/13/16</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Richard J. Segal, Via Telecopier (310) 493-3149

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/13/16 | William H. Brownstein | *William H Brownstein* |
|---|---|---|
| Date | Type Name | Signature |

January 2009

This form is OPTIONAL.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RES**

Response to Motion for Relief from Automatic Stay (Real Property)     **F 4001-1M.RES**

| In re | (SHORT TITLE) | CHAPTER: 13 |
| JAMES PASCUCCI | | |
| | Debtor(s). | CASE NO.: 1:16bk-12229MB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Gilbert R Yabes on behalf of Interested Party Courtesy NEFecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com; gyabes@aldridgepite.com
Kristin A Zilberstein on behalf of Creditor JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bankbknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.



**William Brownsten <brownsteinlaw.bill@gmail.com>**

___

### 09132016 James Pascucci Response to MFRS Doc 32.pdf
6 messages

___

**William Brownstein** <brownsteinlaw.bill@gmail.com>                Wed, Sep 14, 2016 at 12:14 PM
To: Jim Pascucci <jimpascucci@charter.net>


   FYI

   ___

    **09132016 James Pascucci Response to MFRS Doc 32.pdf**
      1752K

___

**Jim Pascucci** <jimpascucci@charter.net>                          Wed, Sep 14, 2016 at 1:23 PM
To: "Craig R. Smith" <csmith@smithlf.com>
Cc: Allen Splopuko <asplopuko@smithlf.com>, Jeff Lieber <jefflieber@sbcglobal.net>, William Brownstein
<brownsteinlaw.bill@gmail.com>


   Craig,


   Please see attached.  Are you still representing Segal?  You both seem to be on different
   pages.  I am AOK with the MSC on October 6th so I can give the Judge the pertinent
   documents in this frivolous and malicious case.  As you are very well aware, this will be a
   monumental waste of your time and the court's time…….if this case is not settled in the
   MSC, it will be necessary for me to file some significant motions to prepare for trial……the
   key issues are:


   1.   Alan Dorfman was the seller, NOT Segal.  Segal has NO standing.  I have NEVER had
   any contractual dealings with Segal EVER….

   2.   The house SOLD for current market value between willing seller/willing buyer.  We
   have two appraisals that verify that INCLUDING MR. DORFMAN'S OWN APPRAISAL that
   was done just prior to the sale!!!!!!!!

   3.   What the house sold for over three years and four months later is completely
   irrelevant and NOT admissible in court AND if we don't settle this now or in the MSC, we
   will file the appropriate motion to make sure that this is NOT admissible, so you can tell
   Mr. Segal now that he will not be able to "inflame" a jury with jealousy and envy with
   what I sold the house for three years and four months later AND after I put in over one
   million dollars and 18 months of my time…. and had three years and four months of the

EXHIBIT "2"
17

HOTTEST real estate market in the history of southern California working on my behalf….
Whatever money I did make is long gone in bad investments, a lousy economy and in
living expenses, which is irrelevant, but you need to know that.

4.   If the house was undersold, there would have been multiple offers during the SIX
WEEK PERIOD it was in the MLS and actively advertised in the LA TIMES.  There were NO
OFFERS and NO INTEREST….we have pictures that show the very poor condition of the
house including the reconstruction process where the house was literally "gutted" down
to the studs.

5.   There was NO AGENCY involved, Dorfman represented himself and I represented
myself.

6.   This case was part of my Chapter 7 Bankruptcy so burden of proof has risen from
'negligence' to 'fraud' which is impossible to prove due to items one through five.

7.   Even if through some miracle, Segal did prevail, there are NO damages----Segal already
received $130,000 in free money from ReMax's insurance company and now he is trying
to get a second bit at an apple wherein he never should have gotten the first bite except
through some very unusual circumstances through ReMax and it's insurance company.
 The KEY WILL always be what was the house worth AT THE TIME OF SALE in it's very poor
condition???

8.   There is the matter of the cross complaint of over $400,000 of NON-DISCLOSED items
by Dorfman that I had to pay for that needs to be factored in as well….

9.   Mr. Segal is a seasoned attorney who has sued numerous people over the years, he is
a seasoned real estate broker, a CPA, an admitted "house flipper", owned his own real
estate company, etc, etc….for the record, he can't claim ignorance….


For the record I am going to ask for all of my attorney fees to be reimbursed by your client
to me.  If your client wants to settle this for a nominal NUISANCE amount now, I would
consider that since I DO have a life and have a lot going on in my life right now.  You both
know that this case is frivolous and malicious, so it goes against everything I believe in to
offer this, but I would consider it if the bankruptcy judge would allow it.


The reason I keep going over this Craig is that I know you are not stupid, I don't know
what Segal has over you to keep you in this ridiculous and misguided lawsuit, but my
hope is that you can talk some sense into him or at least the Judge at the MSC conference
can talk some sense into him.  I really wish Mr. Segal well, but he is really wasting his time

EXHIBIT "2"
18

in this one…..By the way, this is also the reason why I willingly took the time to meet with you in person and to go over all of the documents some time ago….apparently, that was a waste of time as I have received no good will in return from you….

This is nothing but a shake down and you know it Craig…..let's get real and let's end this now.

I await your response.

Jim Pascucci

818-653-2691

**From:** William Brownstein [mailto:brownsteinlaw.bill@gmail.com]
**Sent:** Wednesday, September 14, 2016 9:14 AM
**To:** Jim Pascucci <jimpascucci@charter.net>
**Subject:** 09132016 James Pascucci Response to MFRS Doc 32.pdf

FYI

 **09132016 James Pascucci Response to MFRS Doc 32.pdf**
1752K

---

**William Brownstein** <brownsteinlaw.bill@gmail.com>                    Wed, Sep 14, 2016 at 1:42 PM
To: JimPascucci <jimpascucci@charter.net>
Cc: Jeff Lieber <JeffLieber@sbcglobal.net>, William Harold Brownstein <Brownsteinlaw.bill@gmail.com>

Why are you sending this and not Jeff Leber?
Bill

[Quoted text hidden]

---

**Jim Pascucci** <jimpascucci@charter.net>                    Wed, Sep 14, 2016 at 1:53 PM
To: William Brownstein <brownsteinlaw.bill@gmail.com>

EXHIBIT "2"
19

Case 1:16-bk-12229-MB    Doc 34    Filed 09/14/16    Entered 09/14/16 12:42:20    Desc
Main Document        Page 20 of 22

Because Jeff is just representing me for the MSC and NOT a possible trial...AND he is very busy in a trial right now....

**From:** William Brownstein [mailto:brownsteinlaw.bill@gmail.com]
**Sent:** Wednesday, September 14, 2016 10:43 AM
**To:** JimPascucci <jimpascucci@charter.net>
**Cc:** Jeff Lieber <JeffLieber@sbcglobal.net>; William Harold Brownstein <Brownsteinlaw.bill@gmail.com>
**Subject:** Re: FW: 09132016 James Pascucci Response to MFRS Doc 32.pdf

[Quoted text hidden]

---

**Craig R. Smith** <csmith@smithlf.com>                                Wed, Sep 14, 2016 at 2:05 PM
To: Jim Pascucci <jimpascucci@charter.net>
Cc: Allen Splopuko <asplopuko@smithlf.com>, Jeff Lieber <jefflieber@sbcglobal.net>, William Brownstein <brownsteinlaw.bill@gmail.com>

Jim,

I knew nothing about the BK motion.  We will need a stipulation to continue the trial to do the settlement conference.  I don't think I can send it to you now because of the BK.

Call me tomorrow to discuss.

Thanks.

Craig

Craig R. Smith, Esq.
Smith Law Firm, APC
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
818-703-6057
818-703-6058 (fax)

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

IRS Circular 230 disclosure: Nothing in this communication, including any attachments, is intended to constitute

EXHIBIT "2"
20

any tax advice or tax consultation and should not be used, considered or relied upon in connection with any tax issues or obligations.  To ensure compliance with Treasury Department regulations, we inform you that nothing in this email or any attachments is intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or applicable state and local provisions or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without our express written consent.

---

**From:** Jim Pascucci [mailto:jimpascucci@charter.net]
**Sent:** Wednesday, September 14, 2016 10:24 AM
**To:** 'Craig R. Smith' <csmith@smithlf.com>
**Cc:** 'Allen Splopuko' <asplopuko@smithlf.com>; 'Jeff Lieber' <jefflieber@sbcglobal.net>; 'William Brownstein' <brownsteinlaw.bill@gmail.com>
**Subject:** FW: 09132016 James Pascucci Response to MFRS Doc 32.pdf

[Quoted text hidden]

---

**William Brownstein** <brownsteinlaw.bill@gmail.com>         Wed, Sep 14, 2016 at 2:13 PM
To: "Craig R. Smith" <csmith@smithlf.com>
Cc: Jim Pascucci <jimpascucci@charter.net>, Jeff Lieber <JeffLieber@sbcglobal.net>, William Harold Brownstein <Brownsteinlaw.bill@gmail.com>

I am Bankruptcy counsel for Jim Pascucci. I consent to relief from stay for the limited purpose of filing a stipulation to continue the trial.
Please advise.
William H Brownstein

[Quoted text hidden]

EXHIBIT "2"
21

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF WILLIAM H. BROWNSTEIN IN SUPPORT TO OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY & EXHIBIT(S) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Lee M Linson on behalf of Debtor James Pascucci linsonlawyer@gmail.com, mcmklaw@gmail.com
Elizabeth (SV) F Rojas (TR) cacb_ecf_sv@ch13wla.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Gilbert R Yabes on behalf of Interested Party Courtesy NEFecfcacb@aldridgepite.com,
GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com
Kristin A Zilberstein on behalf of Creditor JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bankbknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com;kzilberstein@ecf.inforuptcy.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/14/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/14/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Martin R. Barash, 21041 Burbank Boulevard, Courtesy Box, Woodland Hills, CA  91367
Richard J Segal, PO Box 11884, Marina Del Rey, CA 90295-2884 Via Telecopier 3104933149

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/14/2016 | William H. Brownstein | *William H Brownstein* (signature) |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.