# ORIGINAL

### In re: JAMES PASCUCCI   Case No: 1:16-bk-12229 MB

### DECLARATION OF RICHARD J. SEGAL



I, **RICHARD J. SEGAL**, hereby declare as follows:

1.  I am an attorney admitted to practice before all the Courts of the State of California and before this Court. I represent both myself and my wife, Judith Segal, in this case.

2.  The matters stated below are true of my personal knowledge and, if called to testify, I could and would competently testify thereto.

3.  I further declare that on September 8, 2016, I served the following documents:

a)  Notice of Motion and Motion for Relief from The Automatic Stay Under 11 U.S.C. Section 362 (With Supporting Declarations) (Action in Nonbankruptcy Forum).

b)  Application for Order Setting Hearing on Shortened Notice.

c)  Order: Granting Application and Setting Hearing on Shortened Notice.

4.  Service was delivered to the following persons:

<u>Delivery in Box in the Lobby of the Court:</u>

Hon. Martin Barash, US Bankruptcy Judge

<u>By Telephone:</u>

William Brownstein, Attorney 310.458.0048

Elizabeth F. Rojas, Chapter 13 Trustee   818.933.5700

<u>By Facsimile:</u>

William Brownstein, Attorney   310.362.3212

<u>By Overnight Mail:</u>

James Pascucci, Debtor, 5933 Annie Oakley Rd., Hidden Hills, CA 91302

Elizabeth F. Rojas, Chapter 13 Trustee, 15260 Ventura Blvd., Sherman Oaks, CA 91403

Page 1

1     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this Declaration was executed on the 13th day of September 2016 in Marina Del Rey, California.

                                                            _/s/ Richard J. Segal_
                                                            RICHARD J. SEGAL