ORIGINAL

FILED
SEP 14 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

RICHARD J. SEGAL (SBN 41560)
P.O. Box 11884
Marina del Rey, California 90295
Telephone: (818) 625-7176
Facsimile: (310) 496-3149

RICHARD J. SEGAL, In pro Se

# IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| IN RE:<br><br>JAMES PASCUCCI, Debtor | CASE NO: 1:16-bk-12229MB<br><br>Chapter 13<br><br>MOVANTS REPLY TO RESPONSE TO MOTION FOR ORDER TO TERMINATE THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362<br><br>Date: September 15, 2016<br>Time: 3:00 p.m.<br>Place: Courtroom 303<br>      U.S. Bankruptcy Court<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

TO: THE HONORABLE MARTIN BARASH, JAMES PASCUCCI AND HIS COUNSEL OF RECORD WILLIAM H. BROWNSTEIN AND ALL INTERESTED PARTIES.

  The Debtor and his attorneys have completely misstated the facts that they have presented to this Court. In addition, their arguments regarding the merits of the case that the stay is requested are of no significant value to their argument against a termination of the Automatic stay. The merits of the Movants in the state court case is not relevant to the termination of the stay. The merits will be decided in the State courts.

Page 1

1       The state court case was initially stayed due to an Involuntary Bankruptcy filed against the Plaintiffs on February 29, 2008, that lasted until March 9, 2012. On April 27, 2011 James and Christal Pascucci filed a Voluntary Bankruptcy. The Segal's filed an adversary complaint that requested that the Claim against the Pascucci's be non-dischargeable. It was non-discharge was granted and the state court proceeded.

      The trial was initially set in March 2014 and was continued by stipulation on March 14, 2014. The trial was set again for August 2014, December 2014, May 2015, and March 2016; all trials were continued by stipulation of the parties. On May 20, 2016, the trial was continued once again because Mr. Pascucci, in Pro per indicated that he was never notified of the trial. The trial was then set for September 19, 2016, with the Mandatory Settlement Conference set for August 22, 2016. Attached is a true and correct copy of the Summary of Case BC364994 as Exhibit "A".

      Mr. Pascucci never notified anyone that he had filed a bankruptcy in June 2016 and again this bankruptcy on August 1, 2016. On August 22, 2016, Mr. Pascucci showed up at the MSC without counsel. I attended with my counsel Craig R. Smith. The clerk stated that there could be no MSC without Pascucci having an attorney, that it has slipped through the cracks. I requested that we waive the MSC and proceed to trial. Pascucci stated that he "refused to waive any of his rights and demanded an MSC." Pascucci still did not notify us that he was in bankruptcy.

      A few days later I was researching something in his previous bankruptcy and stumbled upon this bankruptcy. I notified Craig Smith who filed the stay in the Los Angeles Superior Court. To continue the case would have violated the automatic stay since I now had knowledge of the filing.

      The determination of the LASC case has no consequences concerning Pascucci's attempt to avoid foreclosure of his two (2) properties. Pascucci cannot obtain a discharge in the current bankruptcy case and cannot discharge our claim. The properties will get foreclosed or Pascucci will retain or sell them.

      Mr. Pascucci has no knowledge of bankruptcy when he states that the LASC case has nothing to do with his bankruptcy. Once we had knowledge of the bankruptcy it was incumbent upon us to file for the relief from the stay or we would be liable for damages.

      Mr. Lieber's statement that I declared that the trial would proceed on September 19, 2016 is not true. I merely stated that it was set for that date. Obviously the MSC will take place on October 6, 2016, assuming that the stay is terminated, and if not settled will be set for trial.

      The request to lift the stay for the sole purpose of holding the MSC is ludicrous, at best, and is merely an attempt to further delay the proceedings against him. His opposition to a complete lifting of the automatic stay is another attempt to run out the clock and avoid liability for his fraud. Based on his attitude and his view of the cause of action against him, there is little chance of the MSC resulting in a settlement. To lift the stay temporarily will only result in another delay and additional litigation in both Courts.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this Declaration was executed on the 14th of September 2016 in Marina Del Rey, California.

_____

Richard J. Segal, In Per Se

Exhibit "A"

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Search

| Home | Online Services | Forms & Filings | Self-Help | Divisions | Jury | General Info |
|---|---|---|---|---|---|---|
| | Pay Fines. Search Records... | Forms, Filing Fees.. | Self-Rep, Info, FAQs.. | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA, Local Rules... |

ONLINE SERVICES

# Case Summary

## CASE SUMMARY

PRINT    NEW SEARCH

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Case Number: BC364994
RICHARD SEGAL ET AL VS JAMES ARTHUR PASCUCCI ET AL

Filing Date: 01/22/2007
Case Type: Fraud (no contract) (General Jurisdiction)
Status: Pending

Transferred to Another Court: 13K05418 on 04/24/2013
Transferred from Another Court: 13K05418 on 07/26/2013

### Future Hearings

**09/19/2016** at 10:00 am in department 71 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference(2) TRIALC/B/S/O 04/29/16)

**10/06/2016** at 01:30 pm in department 13 at 111 North Hill Street, Los Angeles, CA 90012
Mandatory Settlement Conference(D 71reset from 08/22/16)

Documents Filed | Proceeding Information

### Parties

BOULEVARD BROKERAGE GROUP INC. - Defendant
DOES 1 THROUGH 50 - Defendant
JEFFREY E. LIEBER LAW OFFICES OF - Former Attorney for Deft/Resp
LANG HANIGAN & CARVALHO LLP - Former Attorney for Pltf/Petn
LOS ANGELES SUPERIOR COURT-LIMITED JURIS. - Court-Other County/State
LURIE & ASSOCIATES - Judgment Creditor
MANFREDI LEVINE ECCLES & MILLER APC - Attorney for Defendant/Respondent
PASCUCCI CHRISTEL - Defendant & Defendant in Pro Per
PASCUCCI JAMES ARTHUR - Defendant & Defendant in Pro Per
REMAX COMMERCIAL - Defendant/Respondent's DBA
REMAX ON THE BOULEVARD - Defendant/Respondent's DBA
SEGAL JUDITH - Plaintiff & Plaintiff in Pro Per

SEGAL RICHARD - Plaintiff

SMITH LAW FIRM APLC - Attorney for Plaintiff/Petitioner

THE COOPER TRUST - Creditor

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)
Click on any of the below link(s) to see documents filed on or before the date indicated:
01/08/2013  03/12/2008  06/20/2007

**09/02/2016** Notice-Stay
Filed by Attorney for Plaintiff/Petitioner

**08/29/2016** Notice
Filed by Attorney for Defendant/Respondent

**06/14/2016** Notice
Filed by Attorney for Plaintiff/Petitioner

**05/20/2016** Notice of Continuance
Filed by Attorney for Plaintiff/Petitioner

**04/27/2016** Stipulation and Order (STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ORDER THEREON )
Filed by Court

**03/15/2016** Notice of Continuance
Filed by Attorney for Plaintiff/Petitioner

**03/08/2016** Stipulation and Order (STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ORDER THEREON )
Filed by Court

**05/19/2015** Stipulation and Order (OF THE PARTIES TO CONTINUE TRIAL AND ORDER THEREON )
Filed by Court

**12/18/2014** Stipulation and Order (STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ORDER THEREON )
Filed by Court

**08/25/2014** Stipulation and Order (OF THE PARTIES TO CONTINUE TRIAL AND ORDER THEREON )
Filed by Attorney for Plaintiff/Petitioner

**04/10/2014** Notice
Filed by Attorney for Plaintiff/Petitioner

**03/14/2014** Stipulation (STIPULATION OF THE PARTIES TO CONTINUE TRIAL AND ORDER THEREON )
Filed by Attorney for Plaintiff/Petitioner

**08/02/2013** Notice-Case Management Conference
Filed by Plaintiff & Plaintiff In Pro Per

**07/26/2013** Notice of Incoming Case Transfer
Filed by Clerk

**07/18/2013** Statement-Case Management
Filed by Attorney for Plaintiff/Petitioner

**06/27/2013** Notice of Change of Address
Filed by Plaintiff & Plaintiff In Pro Per

**04/24/2013** Notice of Outgoing Case Transfer
Filed by Clerk

**03/29/2013** Substitution of Attorney
Filed by Attorney for Plaintiff/Petitioner

**02/15/2013** Memorandum - Other
Filed by Attorney for Plaintiff/Petitioner

**01/15/2013** Proof of Service
Filed by Attorney for Plaintiff/Petitioner

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP  01/08/2013  03/12/2008  06/20/2007

**01/08/2013** Miscellaneous-Other (OPPOSITION TO EX PARTE APPLICATION )
Filed by Defendant & Defendant in Pro Per

**12/21/2012** Ex-Parte Application
Filed by Attorney for Plaintiff/Petitioner

**12/11/2012** Substitution of Attorney
Filed by Attorney for Defendant/Respondent

**06/15/2009** Notice of Continuance
Filed by Attorney for Defendant/Respondent

**02/17/2009** Notice
Filed by Attorney for Plaintiff/Petitioner

**08/04/2008** Notice
Filed by Attorney for Creditor

**07/07/2008** Partial Dismissal (with Prejudice) (AS TO BOULEVARD BROKERAGE GROUP )
Filed by Attorney for Plaintiff/Petitioner

**06/16/2008** Stipulation (re: disbursement of remainder of settlement funds )
Filed by Attorney for Plaintiff/Petitioner

**06/16/2008** Order
Filed by Attorney for Plaintiff/Petitioner

**06/11/2008** Notice
Filed by Attorney for Plaintiff/Petitioner

**06/10/2008** Order (Order on Plaintiff's Motion for Order Approving Settlement )
Filed by Court

**06/10/2008** Notice of Ruling
Filed by Attorney for Defendant/Respondent

**06/05/2008** Miscellaneous-Other (COURT'S WRITTEN RULING ON MOTION TO DETERMINE GOOD FAITH SETTLEMENT )
Filed by Court

**06/03/2008** Reply/Response
Filed by Attorney for Plaintiff/Petitioner

**05/29/2008** Response
Filed by Attorney for Creditor

**05/23/2008** Order
Filed by Attorney for Defendant/Respondent

**05/23/2008** Motion (FOR DETERMINATION )
Filed by Attorney for Defendant/Respondent

**05/23/2008** Ex-Parte Application
Filed by Attorney for Defendant/Respondent

**05/23/2008** Motion for an Order
Filed by Attorney for Plaintiff/Petitioner

**05/22/2008** Notice (AMENDED NOTICE OF JUDGMENT LIIEN AGAINST JUDGMENT DEBTORS RICHARD JOEL SEGEL AND JUDITH A. SEGAL; )
Filed by Judgment Creditor

**05/22/2008** Notice of Lien
Filed by Judgment Creditor

**05/22/2008** Miscellaneous-Other (COVER PAGE FOR ABSTRACT OF JUDGMENT FILED IN LASC CASE NO. LC075862 AND SUBMITTED IN SUPPORT OF JUDGMENT DEBTORS RICHARD J. SEGAL AND JUDITH A. SEGAL; )
Filed by Judgment Creditor

**04/08/2008** Notice of Ruling
Filed by Attorney for Plaintiff/Petitioner

**04/02/2008** Declaration (Supplemental Declaration of Jeffrey E. Lieber )
Filed by Atty for Defendant and Cross-Compl

**04/01/2008** Ex-Parte Application
Filed by Attorney for Plaintiff/Petitioner

**03/25/2008** Opposition Document
Filed by Attorney for Defendant/Respondent

**03/24/2008** Declaration (OF JERRY BENNETT )
Filed by Atty for Defendant and Cross-Compl

**03/24/2008** Memorandum - Other
Filed by Atty for Defendant and Cross-Compl

**03/24/2008** Declaration (OF JEFFREY E. LIEBER )
Filed by Atty for Defendant and Cross-Compl

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP  01/08/2013  03/12/2008  06/20/2007

**03/12/2008** Motion to Compel
Filed by Attorney for Defendant/Respondent

**03/06/2008** Order (RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNVATICE, MOTION FOR SUMMARY ADJUDICATION DEF. BLVD. BROKERAGE )
Filed by Court

**03/06/2008** Order (RULING ON DEF.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION FOR DEF. JAMES PASCUCCI )
Filed by Court

**02/20/2008** Notice of Continuance (FILED )
Filed by Attorney for Defendant/Respondent

**02/14/2008** Notice of Continuance
Filed by Atty for Defendant and Cross-Compl

**02/13/2008** Notice of Continuance
Filed by Attorney for Defendant/Respondent

**02/06/2008** Declaration (Supplemental Declaration of Jeffrey E. Lieber )
Filed by Atty for Defendant and Cross-Compl

**02/06/2008** Joinder (IN OBJECTIONS )
Filed by Atty for Defendant and Cross-Compl

**02/06/2008** Objection Document (Objection to Declaration of Richard Segal )
Filed by Atty for Defendant and Cross-Compl

**12/20/2007** Declaration (Declarationi of James Pascucci )
Filed by Atty for Defendant and Cross-Compl

**12/17/2007** Ex-Parte Application
Filed by Atty for Defendant and Cross-Compl

**12/17/2007** Declaration
Filed by Atty for Defendant and Cross-Compl

**12/14/2007** Notice (OF JOINDER NO. 1 )
Filed by Attorney for Defendant/Respondent

**12/14/2007** Notice (OF JOINDER )
Filed by Attorney for Defendant/Respondent

**12/14/2007** Objection Document
Filed by Attorney for Defendant/Respondent

**12/14/2007** Reply/Response
Filed by Attorney for Defendant/Respondent

**12/14/2007** Notice (OF TAKING MOTION O/C )
Filed by Attorney for Defendant/Respondent

**12/12/2007** Miscellaneous-Other (RETURN OF PROOF OF PERSONAL )
Filed by Atty for Defendant and Cross-Compl

**12/12/2007** Miscellaneous-Other (RETURN OF PROOF OF PERSONAL SERVICE )
Filed by Atty for Defendant and Cross-Compl

**12/12/2007** Declaration
Filed by Atty for Defendant and Cross-Compl

**12/12/2007** Objection Document
Filed by Atty for Defendant and Cross-Compl

**12/12/2007** Reply/Response
Filed by Atty for Defendant and Cross-Compl

**12/12/2007** Declaration (OF JAMES PASCUCCI )
Filed by Atty for Defendant and Cross-Compl

**12/10/2007** Motion in Limine (NO. 1 AND 2 )
Filed by Atty for Defendant and Cross-Compl

**12/10/2007** Declaration (OF JEFFREY E. LIEBER )
Filed by Atty for Defendant and Cross-Compl

**12/06/2007** Motion in Limine (NO. 1 THRU 5 )
Filed by Attorney for Defendant/Respondent

**12/05/2007** Declaration (OF RICHARD SEGAL)
Filed by Attorney for Plaintiff/Petitioner

**12/05/2007** Memorandum - Other
Filed by Attorney for Plaintiff/Petitioner

**12/05/2007** Objection Document
Filed by Attorney for Plaintiff/Petitioner

**12/05/2007** Declaration
Filed by Attorney for Plaintiff/Petitioner

**12/05/2007** Miscellaneous-Other (SEPARATE STATEMENT )
Filed by Attorney for Plaintiff/Petitioner

**12/03/2007** Miscellaneous-Other
Filed by Attorney for Plaintiff/Petitioner

**12/03/2007** Declaration (OF RICHARD SEGAL )
Filed by Attorney for Plaintiff/Petitioner

**12/03/2007** Declaration (OF ALAN DORFMAN )
Filed by Attorney for Plaintiff/Petitioner

**12/03/2007** Memorandum - Other
Filed by Attorney for Plaintiff/Petitioner

**12/03/2007** Objection Document
Filed by Attorney for Plaintiff/Petitioner

**11/19/2007** Miscellaneous-Other (Cover Page for Abstract of Judgment filed in LC0075862 filed by Law Officed of Barak Lurie for The Cooper Trust )
Filed by Judgment Creditor

**11/19/2007** Notice of Lien (filed by Law Offices of Barak Lurie for The Cooper Trust )
Filed by Judgment Creditor

**10/05/2007** Motion for Summary Judgment (FILED )
Filed by Attorney for Defendant/Respondent

**10/05/2007** Miscellaneous-Other (SEPERATE STATMENT )
Filed by Attorney for Defendant/Respondent

**10/02/2007** Declaration (OF JEFFREY E. LIEBER )
Filed by Atty for Defendant and Cross-Compl

**10/02/2007** Miscellaneous-Other (SEPERATE STATEMENT )
Filed by Atty for Defendant and Cross-Compl

**10/02/2007** Memorandum - Other
Filed by Atty for Defendant and Cross-Compl

**10/02/2007** Motion for Summary Judgment
Filed by Atty for Defendant and Cross-Compl

**10/02/2007** Request for Judicial Notice
Filed by Atty for Defendant and Cross-Compl

**07/30/2007** Objection Document (EVIDENTIARY )
Filed by Attorney for Defendant/Respondent

**07/30/2007** Reply/Response
Filed by Attorney for Defendant/Respondent

**07/23/2007** Memorandum - Other
Filed by Attorney for Plaintiff/Petitioner

**07/02/2007** Motion for an Order
Filed by Attorney for Defendant/Respondent

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP  01/08/2013  03/12/2008  06/20/2007

**06/20/2007** Answer to Cross-Complaint (FILED )
Filed by Attorney for Cross-Defendant

**06/15/2007** Notice (OF UNAVAILABILITY )
Filed by Attorney for Plaintiff/Petitioner

**05/18/2007** Answer
Filed by Attorney for Defendant/Respondent

**05/17/2007** Summons Filed
Filed by Attorney for Cross-Complainant

**05/17/2007** Answer
Filed by Attorney for Defendant/Respondent

**05/17/2007** Cross-complaint
Filed by Attorney for Defendant & X-Deft

**05/16/2007** Notice of Ruling
Filed by Attorney for Plaintiff/Petitioner

**03/23/2007** Reply/Response
Filed by Attorney for Defendant/Respondent

**03/21/2007** Statement-Case Management
Filed by Attorney for Plaintiff/Petitioner

**03/20/2007** Memorandum - Other
Filed by Attorney for Plaintiff/Petitioner

**03/16/2007** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**03/14/2007** Notice (OF RESCHEDULING )
Filed by Attorney for Defendant/Respondent

**03/07/2007** Demurrer
Filed by Attorney for Defendant/Respondent

**03/07/2007** Memorandum - Other
Filed by Attorney for Defendant/Respondent

**03/07/2007** Statement-Case Management
Filed by Attorney for Defendant/Respondent

**03/01/2007** Demurrer (OF DEFENDANT BOULEVARD BROKERAGE GROUP, INC., TO THE COMPLAINT OF PLAINTIFF RICHARD SEGAL )
Filed by Attorney for Deft/Respnt

**03/01/2007** Motion to Strike (PORTIONS OF THE PLAINTIFFS' COMPLAINT )
Filed by Attorney for Deft/Respnt

**02/20/2007** Notice (OF CMC )
Filed by Attorney for Plaintiff/Petitioner

**02/02/2007** Notice-Case Management Conference
Filed by Clerk

**01/22/2007** Complaint

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   01/08/2013   03/12/2008   06/20/2007

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date indicated:
05/23/2008

**08/22/2016** at 09:00 am in Department 13, Abraham Khan, Presiding
Mandatory Settlement Conference (D 7108/22/16 msc cont to allow deft toretain an attorney for purposes ofthe MSC.) - **Continued by Stipulation**

**06/08/2016** at 01:30 pm in Department 71, Suzanne G. Bruguera, Presiding
Non-Appearance (Case Review) - **Completed**

**10/27/2015** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Final Status Conference (CONT'D BY STIP 05/19/15) - **Continued by Stipulation**

**03/17/2014** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Trial (FINAL STATUS CONFERENCEORDER TO SHOW CAUSECONTINUED BY STIP) - **Matter continued**

**03/14/2014** in Department 71, Suzanne G. Bruguera, Presiding
Court Order - **Completed**

**09/23/2013** at 10:30 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference - **Completed**

**07/23/2013** at 10:30 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference - **Matter continued**

**06/10/2013** at 04:00 pm in Department 71, Suzanne G. Bruguera, Presiding
Court Order - **Completed**

**03/15/2013** at 02:00 pm in Department 71, Suzanne G. Bruguera, Presiding
Ruling on Submitted Matter - **Completed**

**02/22/2013** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Order to Show Cause (OSC RE: WHY THIS CASE SHOULD NOT BE RECLASSIFIED AS A LIMITED JURISDICTION CASE) - **Submitted**

**01/08/2013** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Ruling on Submitted Matter - **Completed**

**12/21/2012** at 08:30 am in Department 71, Suzanne G. Bruguera, Presiding
Exparte proceeding - **Submitted**

**02/14/2011** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference (RE: STATUS OF INVOLUNTARY BANKRUPTCY) - **Completed**

**02/11/2010** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference (re: status of bankruptcy) - **Proceeding continued**

**10/01/2009** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference (RE: BANKRUPTCY STAY OF PLAINTIFF) - **Proceeding continued**

**06/12/2009** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference (RE BANKRUPTCY) - **Matter continued**

**02/23/2009** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference (RE: STATUS OF BANKRUPCTY2. TRIAL SETTING CONFERENCE) - **Held-Continued**

**09/16/2008** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Status Conference (RE: STATUS OF BANKRUPCTY) - **Held-Continued**

**06/16/2008** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Trial Setting Conference (and STATUS CONFERENCE RE: INVOLUNTARY BANKRUPTCY) - **Proceeding continued**

**06/05/2008** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Motion for Good Faith Settlement (1) MOTION TO DETERMINE GOOD FAITH SETTLEMENT2) MOTION TO APPROVE SETTLEMENT) - **Granted**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP  05/23/2008

**05/23/2008** at 08:30 am in Department 71, Suzanne G. Bruguera, Presiding
Ex Parte Motion - **Granted**

**04/07/2008** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Motion to Compel (and plaintiff's ex parteapplication to stay action) - **Completed**

**04/01/2008** at 08:30 am in Department 71, Suzanne G. Bruguera, Presiding
Ex Parte Motion - **Proceeding continued**

**03/06/2008** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Motion for Summary Judgment (and EX-PARTE APPLICATION TOCONTINUE TRIAL) - **Denied**

**02/25/2008** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Motion for Summary Judgment (1) MOTION OF DEFENDANT PASCUCCI2) MOTION OF DEFENDANT BOULEVARDto be continued to 3-6-08 uponreceipt of notice of continuance) - **Proceeding continued**

**12/17/2007** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Motion for Summary Judgment - **Proceeding continued**

**08/06/2007** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Motion for Order - **Completed**

**05/07/2007** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Hearing on Demurrer (1) demurrer of Boulevard2) motion to strike of Boulevard3) demurrer of Pascucci4) case management conference) - **Completed**

**04/19/2007** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
Hearing on Demurrer (1) demurrer of Boulevard2) motion to strike of Boulevard3) demurrer of Pascucci4) case management conference) - **Proceeding continued**

**04/02/2007** at 10:00 am in Department 71, Suzanne G. Bruguera, Presiding
DEMURRER (AND MOTION TO STRIKE) - **Proceeding continued**

**03/27/2007** at 09:00 am in Department 71, Suzanne G. Bruguera, Presiding
Conference-Case Management - **Proceeding continued**

Click on any of the below link(s) to see proceedings held on or before the date indicated:
TOP  05/23/2008

Case Information | Party Information | Documents Filed | Proceeding Information

NEW SEARCH

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

PO BOX 11884, Marina Del Rey, California 90295

A true and correct copy of the foregoing document described as Movants Reply to Response to Motion for Order to Terminate Automatic Stay will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:
Deposited in Box located in the courts Lobby to Hon. Martin Barash, US Bankruptcy Judge

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ,_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, 9/14/2016, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Email
William H Brownstein on behalf of Debtor James Pascucci    Brownstein law.bill@gmail.com

Fax-  Elizabeth F.Rojas  Chapter 13 Trustee  818.933.5755

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/14/2016 | ANNETTE HERNANDEZ | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                              F 9013-3.1.PROOF.SERVICE