| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Brownstein, SBN 84507<br><br>William H. Brownstein & Associates, Professional Corporation<br><br>11755 Wilshire Boulevard, Suite 1250<br><br>Los Angeles, CA  90025-1540<br><br>(310) 458-0048 FAX: (310) 362-3212<br><br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐ Individual  *appearing without an attorney*<br>☒  Attorney for: Reorganized Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br><br>JAMES PASCUCCI,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:16-bk-12229 MB<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion¹)*:<br>**MOTION FOR ORDER GRANTING MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11** |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Granting Motion to Convert Chapter 13 Case to a Case Under Chapter 11 or Denying Motion to Convert Chapter 13 Case to a Case Under Chapter 11 was lodged on (*date*) 09/30/2016. This Order pertains to the NOTICE OF MOTION AND MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11, POINTS AND AUTHORITIES, DECLARATION(S) IN SUPPORT THEREOF [LBR 9013-1(o)], Doc 33.

---

¹ Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.



**Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, September 30, 2016

CONFIRMATION :

Your Lodged Order Info:

( **3161941.doc** )
A new order has been added

- **Office**: San Fernando Valley
- **Case Title**: James Pascucci
- **Case Number**: 16-12229
- **Judge Initial**: MB
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 33
- **On Date**: 09/30/2016 @ 04:31 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>William H. Brownstein, SBN 84507<br>William H. Brownstein & Associates, Professional Corporation<br>11755 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA  90025-1540<br>310 458-0048<br>FAX: (310) 362-3212<br>Email: Brownsteinlaw.bill@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>JAMES PASCUCCI,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-12229MB<br><br>CHAPTER: 13<br><br>**ORDER:**<br><br>☐ **GRANTING MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11**<br><br>☐ **DENYING MOTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 11** |
|---|---|

**Movant** (*name*): JAMES PASCUCCI

1. Pursuant to Movant filed the following motion together with supporting declarations and (if any) supporting documents:

*Title of motion*: Notice of Motion and Motion to Convert Chapter 13 Case to a Case Under Chapter 11, Points And Authorities, Declaration(S) In Support Thereof [LBR 9013-1(o)] (the "Motion")

*Date of filing and service of Motion:* 9/14/2016

2. Pursuant to LBR 9013-1(o) objections, if any to the granting of the relief requested in the Motion was required to be filed and served no later than fourteen (14) days after the filing and service of the Motion.

3. Based upon the court's review of the application, the Declaration that No Party Requested a Hearing on Motion LBR 9013-1(o)(3) it is ordered that:

    a.  ☐  The Motion is granted, and pursuant thereto this case is hereby converted to a case under Chapter 13 of the Bankruptcy Code.

    b.  ☐  The Application is denied, and it is further ordered that:

3. The Debtor shall comply with the requirements of a Chapter 11 Debtor upon entry of the order converting this case to a case under Chapter 11 of the Bankruptcy Code.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 11755 Wilshire Boulevard, Suite 1250, Los Angeles, CA  90025-1540

 A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/30/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Parties on ECF Notice automatically served by Court

☐ Service information continued on attached page

**2.**    **SERVED BY UNITED STATES MAIL**:  On (*date*) 09/30/2016,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

 **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/30/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Martin R. Barash, Bankruptcy Judge, 20141 Burbank Blvd., Woodland Hills, CA  91367

☐ Service information continued on attached page

 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/30/2016 | William H. Brownstein | *signature: William H Brownstein* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**